UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 21-cv-60106-MARTINEZ-SNOW

DEMETRIUS ARMOND BRIGHT,

    Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of
the Social Security Administration,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Lurana S. Snow, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion for Summary Judgment, (ECF No. 14), and the Commissioner's Motion for Summary Judgment, (ECF No. 15). Magistrate Judge Snow filed a Report and Recommendation, (ECF No. 18), recommending that (1) Plaintiff's Motion for Summary Judgment be denied and (2) the Commissioner's Motion for Summary Judgment be granted. (*Id.*). The Court has reviewed the entire file and notes that no objections have been filed. After careful consideration, it is

ADJUDGED that United States Magistrate Judge Snow's Report and Recommendation, (ECF No. 18), is AFFIRMED and ADOPTED. Accordingly, it is further ADJUDGED that:

    1.    Plaintiff's Motion for Summary Judgment, (ECF No. 14), is DENIED.

    2.    The Commissioner's Motion for Summary Judgment, (ECF No. 15), is GRANTED.

    3.    The Commissioner's decision is AFFIRMED.

    4.    This case is CLOSED, and all remaining pending motions are DENIED as MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of December, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel of Record